AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

REMBRANDT TECHNOLOGIES, LP,

        Plaintiff,

V.

ABC, INC.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-730

TO: (Name and address of Defendant)

ABC, INC.
c/o Delaware Secretary of State
Division of Corporations
John G. Townsend Building
Federal & Duke of York Streets
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

December 1, 2006

DATE

⸿AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  December 4, 2006 |
| NAME OF SERVER (PRINT)  Marian Hogan | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Personally hand delivered the summons and complaint to Delaware Secretary of State at the address listed on the front of this summons.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-4-06          Marian Hoga
             Date              Signature of Server

                    Address of Server

Parcels, Inc.
230 N. Market Street
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.