IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-730 |
| | ) | |
| ABC, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

>ASHBY & GEDDES
>
>*/s/ Steven J. Balick*
>_____
>Steven J. Balick (I.D. #2114)
>John G. Day (I.D. #2403)
>Lauren E. Maguire (I.D. #4261)
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>(302) 654-1888
>
>*Attorneys for Plaintiff*

*Of Counsel:*

John F. Sweeney
Joseph A. DeGirolamo
Michael O. Cummings
James Hwa
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700

Dated: December 14, 2006
175971.1