IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES LP,<br><br>      Plaintiff,<br><br>v.<br><br>ABC, INC.,<br><br>      Defendant. | Civil Action No. 06-730-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Timothy E. DeMasi of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, and Matthew D. Powers, Edward R. Reines, Anne M. Cappella and Sonal N. Mehta of Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 to represent defendant ABC, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (No. 1014)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____   _____
                                                                          United States District Court Judge

550086.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 1-23-07

_____
Matthew D. Powers
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 01-23-07

Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 1/2/07

Timothy E. DeMasi
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 1-23-07

Sonal N. Mehta
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: Jan. 22, 2007

Anne M. Cappella
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on January 24, 2007 I electronically filed the foregoing Motion and Order For Admission *Pro Hac Vice*, which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>Ashby & Geddes

I also certify that copies were caused to be served on January 24th, 2007 upon the following in the manner indicated:

**BY HAND**

>Steven J. Balick
>John G. Day
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE  19899


>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | | | CLERK OF COURT - U.S. DISTRICT COURT | 01/24/07 | CHECK NO. 50739 |
|---|---|---|---|---|---|
| VOUCHER # | INV. DATE | INVOICE NO. | DESCRIPTION | | AMOUNT |
| 140267 | 01-24-2007 | 012407 | PRO HAC VICE FEES FOR MATTHEW D. POWERS, EDWARD R. REINES, TIMOTHY E. DeMASI, SONAL N. MEHTA & ANNE M. CAPPELLA OF WEIL, GOTSHAL & MANGES LLP | | 125.00 |
| | | | | TOTAL | 125.00 |

---

THIS CHECK IS VOID WITHOUT A BLUE & BURGUNDY BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 NORTH MARKET STREET
WILMINGTON, DE 19899
302-658-9200

62-9/311
WILMINGTON TRUST
WILMINGTON, DELAWARE

CHECK NO.  50739
CHECK DATE  01/24/07

Pay                                                               $125.00

ONE HUNDRED TWENTY-FIVE AND 00/100 Dollars

ATTORNEY OPERATING ACCOUNT
VOID AFTER 180 DAYS

TO THE ORDER OF   **CLERK OF COURT - U.S. DISTRICT COURT**

TWO SIGNATURES REQUIRED ON CHECKS OVER $1,000

⑆50739⑆ ⑆031100092⑆ 2482 0920⑆