IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES LP,<br><br>  Plaintiff,<br><br>v.<br><br>ABC, INC.,<br><br>  Defendant. | C.A. No. 06-730 GMS |

### ABC, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant ABC, Inc. hereby states, by and through its undersigned counsel, that its parent corporation is The Walt Disney Company, and that no other publicly held company owns more than 10% of ABC, Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Defendant*

Of Counsel:

Matthew D. Powers
Edward R. Reines
Anne M. Cappella
Sonal N. Mehta
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Timothy E. DeMasi
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

January 26, 2007

700321.1

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on January 26, 2007 I electronically filed the foregoing, which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>Ashby & Geddes

I also certify that copies were caused to be served on January 26th, 2007 upon the following in the manner indicated:

**BY HAND**

>Steven J. Balick
>John G. Day
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE  19899

>/s/ Jack B. Blumenfeld (#1014)
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com